No. 566.   ROSENBLUM ET AL., DOING BUSINESS AS MODERN MANNER CLOTHES, *v.* FEDERAL TRADE COMMISSION. C. A. 2d Cir.   Certiorari denied.   *Copal Mintz* for petitioners.   *Solicitor General Perlman, Assistant Attorney General Morison, Ralph S. Spritzer* and *W. T. Kelley* for respondent.

No. 571.   CRANK ET AL. *v.* GREER, TRUSTEE, ET AL. Supreme Court of Arkansas.   Certiorari denied.   *Ned Stewart* for Crank et al.; and *Otto Atchley* and *Robert S. Vance* for the Texas & Pacific Railway Co., petitioners. *A. F. House* for respondents.

No. 573.   CHAPMAN *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Perlman, Acting Assistant Attorney General Slack, A. F. Prescott* and *Louise Foster* for respondent.

No. 576.   GENERAL AMERICAN TRANSPORTATION CORP. *v.* INDIANA HARBOR BELT RAILROAD CO. ET AL.   C. A. 7th Cir.   Certiorari denied.   *Edward P. Morse* and *Arthur W. Clement* for petitioner.   *R. S. Outlaw* and *Thos. J. Barnett* for respondents.

No. 596.   SOUTHWEST STONE CO. *v.* MISSOURI-KANSAS-TEXAS RAILROAD CO.   C. A. 5th Cir.   Certiorari denied. *Frank A. Leffingwell* for petitioner.   *O. O. Touchstone* for respondent.

No. 613.   VAN DOORN ET AL. *v.* HENIG, TRUSTEE IN BANKRUPTCY.   C. A. 3d Cir.   Certiorari denied.   *Bertram K. Wolfe* for petitioners.   *Paul T. Huckin* for respondent.